IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILFREDO LORA-GONZALEZ,

    Petitioner,

v.

MARY SABOL, Warden of York County Prison, and **DEPARTMENT OF HOMELAND SECURITY**,

    Respondents.

CIVIL ACTION NO. 3:CV-15- 2407

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MEHALCHICK)

## ORDER

**NOW**, this _30th_ day of _March_, 2016, upon review of the Report and Recommendation of Magistrate Judge Karoline Mehalchick (Doc. 12) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The Report & Recommendation (Doc. 12) is **ADOPTED in its entirety**;

(2)     Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED with prejudice**;

(3)     Petitioner's Motion to Stay Execution of Petitioner's Deportation (Doc. 2) is **DENIED as moot**;

(3)     The Clerk of Court is directed to mark this case as **CLOSED**.

_/s/ A. Richard Caputo_
A. Richard Caputo
United States District Judge